**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | | |
|---|---|---|
| JAMES K. JOLLEY | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:_____ |
| | ) | |
| U.S. BANK, N.A. AS TRUSTEE FOR | ) | |
| THE RMAC TRUST, SERIES 2016-CTT | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SAMUEL I. WHITE, P.C., TRUSTEE | ) | |
| A/K/A SAMUEL WHITE, TRUSTEE | ) | |
| | ) | |
|     Defendants. | ) | |

**DEFENDANT U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT'S FINANCIAL DISCLOSURE STATEMENT**

    Pursuant to Fed. R. Civ. P. 7.1 and Local Civ. R. 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ("U.S. Bank") certifies to the best of my knowledge and belief, as follows:

    U.S. Bank is a national banking association with its principal office in Ohio. U.S. Bank is a wholly owned subsidiary of U.S. Bancorp. U.S. Bancorp is a publicly traded bank holding company.

1

Respectfully submitted,

/s/ Sarah C. Dickson
Sarah C. Dickson, VSB No. 90675
BWW Law Group, LLC
8100 Three Chopt Rd., Ste. 240
Richmond, VA 23229
Tel: (804) 521-6137
Fax: (804) 282-0541
Sarah.Dickson@bww-law.com
*Counsel for Defendant U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT*

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2018, I served a true and correct copy of the foregoing Financial Disclosure Statement by First Class United States Mail, postage prepaid, upon the following parties:

Richard A. Lash
Doug Callabresi
Buonassissi, Henning & Lash, P.C.
1861 Wiehle Avenue, Suite 300
Reston, VA 20190
*Counsel for Plaintiff*

Elizabeth Coltrane
Samuel I. White, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA 23462
*Counsel for Defendant*
*Samuel I. White, P.C., Trustee*

/s/ Sarah C. Dickson
Sarah C. Dickson, VSB No. 90675
BWW Law Group, LLC
8100 Three Chopt Rd., Ste. 240
Richmond, VA 23229
Tel: (804) 521-6137
Fax: (804) 282-0541
Sarah.Dickson@bww-law.com
*Counsel for Defendant U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT*